JS-6

**STERN & GOLDBERG**
**ALAN N. GOLDBERG** (SBN 112836)
agoldberg@sgattys.com
**JEFFREY A. LEWISTON** (SBN 126827)
jlewiston@sgattys.com
6345 Balboa Boulevard, Suite 200
Encino, California 91316
Telephone: (818) 758-3940
Facsimile: (818) 758-3950



FILED
CLERK, U.S. DISTRICT COURT
DEC - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Defendant McWhirter Distributing Company, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KEVORKYAN and GEN-MAR, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VALERO MARKETING AND SUPPLY COMPANY, a Delaware corporation; VALERO REFINING AND MARKETING COMPANY, a Delaware corporation; VALERO ENERGY CORPORATION, a Delaware corporation McWHIRTER DISTRIBUTING COMPANY, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV07-03715 VBF (CWx)<br><br>**PROPOSED JUDGMENT**<br><br>Date:   December 8, 2008<br>Time:   1:30 p.m.<br>Room:   "9"<br>Judge:  Hon. Valerie Baker Fairbank<br><br>Discovery Cut-Off Date: Oct. 16, 2008<br>Motion Cut-Off Date:    Dec. 15, 2008<br>Final Pretrial Conf.:   Jan. 12, 2009<br>Trial Date:             Jan. 27, 2009 |

The Motion of Defendant McWhirter Distributing Co., Inc., a California corporation ("McWhirter" herein) for Summary Judgment Or, in the Alternative, for Partial Summary Judgment Against Plaintiffs Gary Kevorkyan ("Kevorkyan" herein) and Gen-Mar, Inc, a California Corporation ("Gen-Mar" herein) came on regularly for hearing, on December 8, 2008, in Courtroom "9", the Hon. Valerie Baker Fairbank, United States District Judge Presiding. The Court having considered the evidence and

1  legal authorities in support of said Motion, and the Opposition filed, if any, and the
2  uncontroverted admissible evidence presented having been fully considered, the issues
3  having been duly heard and a decision having been duly rendered as reflected in the
4  Statement of Decision, and good cause appearing therefor,

5   IT IS HEREBY ORDERED AND ADJUDGED that the Motion of Defendant
6  McWhirter for Summary Judgment against Plaintiffs Kevorkyan and Gen-Mar, on each
7  of the claims for relief alleged in the Second Amended Complaint, is granted.

8   IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiffs take nothing
9  from Defendant McWhirter, that the action be dismissed on the merits as to Defendant
10 McWhirter with prejudice, and that Defendant McWhirter shall be entitled to costs, and
11 if applicable attorneys fees.

12  IT IS FURTHER ORDERED AND ADJUDGED that Judgment be entered
13 forthwith.

DATED: 12-8-08

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT COURT JUDGE