| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | ROBERT C. PHELPS  106666 |
| 2 | robert.phelps@pillsburylaw.com |
|   | TARA M. DESAUTELS  191336 |
| 3 | tara.desautels@pillsburylaw.com |
|   | BRIAN J. WONG  226940 |
| 4 | brianjwong@pillsburylaw.com |
|   | 50 Fremont Street |
| 5 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 6 | Telephone: (415) 983-1000 |
|   | Facsimile: (415) 983-1200 |

FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Defendants
VALERO MARKETING AND SUPPLY COMPANY,
VALERO REFINING AND MARKETING COMPANY and
VALERO ENERGY CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY KEVORKYAN and GEN-MAR, INC., a California Corporation, | No. CV07-03715 VBF (CWx) |
| Plaintiffs, | ~~ENTRY OF~~ JUDGMENT FOR VALERO DEFENDANTS |
| vs. | |
| VALERO MARKETING AND SUPPLY COMPANY, a Delaware corporation; VALERO REFINING AND MARKETING COMPANY, a Delaware corporation; VALERO ENERGY CORPORATION, a Delaware corporation, MC WHIRTER DISTRIBUTING COMPANY, INC., a California Corporation and DOES 1 through 5, inclusive, | Hearing Date: December 8, 2008 |
| | Time:         1:30 PM |
| | Courtroom:    9 |
| | Magistrate:   Hon. V. Baker Fairbank |
| | |
| | Discovery Cut-off Date: Oct. 16, 2008 |
| | Motion Cut-off Date:    Dec. 15, 2008 |
| | Final Pretrial Conf.:   Jan. 12, 2009 |
| | Trial Date:             Jan. 27, 2009 |
| Defendants. | |

1   The Motion of defendants Valero Marketing and Supply Company,
2   Valero Refining and Marketing Company, and Valero Energy Corporation
3   (collectively, "Valero") for Summary Judgment or, in the Alternative, Motion
4   for Partial Summary Judgment against plaintiffs Gary Kevorkyan and Gen-
5   Mar, Inc. came on regularly for hearing at 1:30 p.m. on December 8, 2008, in
6   Courtroom 9, the Honorable Valerie Baker Fairbank, United States District
7   Judge presiding.
8   The Court, having duly considered Valero's moving papers, plaintiffs'
9   lack of opposition, Valero's reply papers, the supporting declarations and
10  evidence, Valero's Separate Statement of Uncontroverted Facts and
11  Conclusions of Law, and the oral arguments of counsel, and having duly
12  rendered a decision, as reflected in the Statement of Decision and associated
13  Order granting Valero's Motion for Summary Judgment in its entirety, and
14  good cause appearing therefore,
15  IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs take
16  nothing from defendants Valero Marketing and Supply Company, Valero
17  Refining and Marketing Company, and Valero Energy Corporation; that the
18  action be dismissed with prejudice on the merits as to defendants Valero
19  Marketing and Supply Company, Valero Refining and Marketing Company,
20  and Valero Energy Corporation; and that defendants Valero Marketing and
21  Supply Company, Valero Refining and Marketing Company, and Valero
22  Energy Corporation shall be entitled to costs, ~~and if applicable, attorneys' fee~~s.
23
24
25
26
27
28

1   IT IS FURTHER ORDERED AND ADJUDGED that judgment be
2 entered forthwith.

5 Dated: 12-11-08

*[signature]*
JUDGE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT COURT